IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MXR Imagining, Inc., | ) | Case No. 1:24–CV–01269 |
| | ) | |
| Plaintiff/Counterclaim | ) | JUDGE DONALD C. NUGENT |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| David Zavagno, | ) | |
| | ) | **Memorandum Opinion and Order** |
| Defendant/Counterclaim | ) | |
| Plaintiff. | ) | |
| | ) | |

This matter is before the Court of Plaintiff/Counterclaim Defendant MXR Imaging, Inc.'s *Emergency Motion to Enforce Court Order Pursuant to Fed. R. Civ. P. 37(d)*, filed on June 12, 2026. (ECF #121).

Pursuant to this Court's *Memorandum Opinion and Order* issued on May 8, 2026, Mr. Zavagno was to submit his Samsung Galaxy A11 and Apple iPad for a "mirror image forensic evaluation." (ECF #91). This evaluation was entered at the proposal of MXR, who requested that "[a]n independent forensic imaging expert . . . shall mirror image, which shall include imaging deleted files from, [Mr.] Zavagno's Samsung Galaxy A11 and Apple iPad." (ECF #67, *Plaintiff's Motion to Compel Production and for Appointment of Independent Examiner to Conduct Forensic Examination*, p.22 [PageID #1694]). At no point did MXR request, and at no point did the Court require Mr. Zavagno to produce the following:

– 1 –

- "[A]ll credentials necessary to access cloud-based storage, mobile device backups, and third-party applications used with the devices, including but not limited to iCloud, Google Drive, Google One, Samsung Cloud, and any messaging or collaboration applications (for example WhatsApp, Signal, Teams and Telegram) where account data, communications, or backups are stored remotely and not fully resident on the Devices."

- "[A]pplication-specific passwords[.]"

- "[P]rovide to iDS the full contents of the forensic collection that Digital Mountain, Inc. conducted in connection with the Litigation." (ECF #121-4, *iDiscoverySolutions, Inc. Forensic Imaging Protocol*, p.2 [PageID #8776]).

As noted in MXR's *Motion to Compel*:

> "A forensic image, otherwise known as a 'mirror image' will 'replicate bit for bit sector for sector, all allocated and unallocated space, including slack space, on a computer **hard drive**.' A mirror image 'contains all the information in the computer, including embedded, residual, and deleted data.'" (ECF #67, *Plaintiff's Motion to Compel*, p.16 [PageID #1692]) (emphasis added).

Nonetheless, Mr. Zavagno must still provide his devices for a mirror-image forensic examination. He must send his devices to iDS as soon as practicable and provide iDS the login information necessary to access the devices and their contents. Accordingly, MXR's *Emergency Motion to Enforce Court Order Pursuant to Fed. R. Civ. P. 37(b)* is DENIED.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: June 22, 2026