IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MXR IMAGING, INC., | ) | Case No. 1:24–CV–01269 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DONALD C. NUGENT** |
| v. | ) | |
| | ) | |
| DAVID ZAVAGNO, *et ano.*, | ) | **Memorandum Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Plaintiff/Counterclaim Defendant MXR Imaging, Inc.'s ("MXR") second *Motion to Compel Discovery* ("*Motion*") filed on June 23, 2026. (ECF #138). Defendant Universal Systems Diagnostics, Inc. ("USD") filed its response on June 29, 2026. (ECF #143).

MXR seeks to compel USD to produce documents responsive to its second set of interrogatories and requests for the production of documents which MXR served on November 11, 2025. (ECF #138-1, p.3 [PageID #9145]). USD responded to the requests on April 3, 2025. (ECF #143, p.4 [PageID #9413]). MXR argues USD's responses are deficient and requests the Court to compel USD to produce, among others, tax returns, financial records, the identity of USD's customers, and specific transactions USD engaged in.

– 1 –

MXR filed its *Motion* approximately two months after the close of discovery, and USD's response was received two weeks prior to trial. After reviewing the filings and given the timing, MXR also presents no compelling reason to justify granting its request. Accordingly, Plaintiff/Counterclaim Defendant MXR's *Motion to Compel Discovery*, (ECF #138), is DENIED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: July 1, 2026